FILED
CLERK, U.S. DISTRICT COURT

MAR 17 2011

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>ANTHONY JAMES CHAVES<br><br>DEFENDANT(S). | CASE NUMBER<br><br>ED11MJ00098<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of _DEFENDANT_ , IT IS ORDERED that a detention hearing is set for _3/22/11_ , _____ , at _1:30_  ☐ a.m. / ☒ p.m. before the Honorable _OSWALD PARADA_ , in Courtroom _3_ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _3/17/11_

_[signature]_
U.S. District Judge/Magistrate Judge